UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------

ROBERT JAMES YOUNG,

                 Petitioner,      05 Civ. 7653 (JGK)

    - against -                MEMORANDUM OPINION
                                       AND ORDER
CRAIG APKER, WARDEN OF THE FEDERAL
CORRECTIONAL INSTITUTION, OTISVILLE,
NEW YORK,

                 Respondent.
------------------------------------

JOHN G. KOELTL, District Judge:

    The Court has received from the petitioner, Robert James Young, a Motion for Reconsideration of the Court's decision dated July 17, 2007 denying his petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Because this pro se motion bears a certificate of service dated July 26, 2007, the motion appears to be timely. See Local Civil Rule 6.3. The petitioner included with his motion papers copies of the Information on his original offense as well as transcripts of his arraignment and sentence in the Western District of Michigan. The motion appears not to have been filed with the Clerk because it lacks an original signature. The Court will ensure that the motion and the attached papers are filed.

    The Court has carefully considered the arguments raised on this motion for reconsideration. The petitioner has failed to

demonstrate that the Court overlooked any controlling decisions or material facts that might materially have influenced its earlier decision and that were before the Court on the original petition. See Local Civil Rule 6.3; Bldg. Serv. 32B-J Pension Fund v. Vanderveer Estates Holding, LLC, 127 F. Supp. 2d 490, 492 (S.D.N.Y. 2001); Nat'l Cong. For Puerto Rican Rights v. City of New York, 191 F.R.D. 52, 53 (S.D.N.Y. 1999). There is therefore no basis for reconsidering the Court's prior decision.

The motion for reconsideration is **denied**.

SO ORDERED.

Dated: New York, New York
       August 3, 2007

_____
John G. Koeltl
United States District Judge